EDWIN B. HOLMES, ISB #4668
HOLMES LAW OFFICE, P.A.
1250 W IRONWOOD DRIVE, STE 301
COEUR D'ALENE ID 83814-2682
TELEPHONE: (208) 664-2351
FACSIMILE: (208) 664-2323
EMAIL: holmeslawoffice@frontier.com

Attorneys for Vaughn Wipf

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO
(Coeur d'Alene)

| In Re:<br><br>Timothy Lee Andresen,<br><br><div align="right">Debtor</div> | Case No. 18-40057-JDP<br>Chapter 7<br><br>NOTICE OF APPEARANCE<br>AND<br>REQUEST FOR NOTICE |
|---|---|

**TO: ALL INTERESTED PERSONS AND PARTIES:**

The undersigned, on behalf of Vaughn Wipf, hereby requests that all papers and pleadings filed in the above captioned matter be served upon Vaughn Wipf c/o Edwin B. Holmes at the address set forth below.

Pursuant to Bankruptcy Rule 2002 the undersigned also requests notice of all matters to which notice is given to creditors, any creditors' committee and/or any other party in interest herein, including but not limited to all schedules, amended schedules, motions, applications, plans of reorganization, disclosure statements, adversary proceedings, orders and all other documents and pleadings that may be filed in the above captioned matter and any derivative proceedings.

The undersigned further requests that all such notices be sent to the undersigned at the following address and that said address be added to the Court's master mailing matrix:

> EDWIN B. HOLMES, ISB #4668
> HOLMES LAW OFFICE, P.A.
> 1250 W IRONWOOD DRIVE, STE 301
> COEUR D'ALENE ID 83814-2682
> TELEPHONE: (208) 664-2351
> FACSIMILE: (208) 664-2323
> EMAIL: holmeslawoffice@frontier.com

Dated February 16, 2018.

> **HOLMES LAW OFFICE, P.A.**
>
> *Edwin B. Holmes*
> _____
> **EDWIN B. HOLMES,** Attorney for Vaughn Wipf

## CERTIFICATE OF SERVICE

I, EDWIN B. HOLMES, a resident attorney of the State of Idaho, do hereby certify that on February 16, 2018 I electronically filed the foregoing NOTICE OF APPEARANCE AND REQUEST FOR NOTICE with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| D Blair Clark<br>dbc@dbclarklaw.com<br>Counsel for Debtor | U.S. Trustee<br>Ustp.regional18.bs.ecf@usjoj.gov<br>U.S. Trustee |
| Gary L. Rainsdon<br>trustee@filtertel.com<br>Trustee | David M. Swartley<br>dswartley@mccarthyholthus.com<br>Counsel for Nationstar Mortgage, LLC |

AND I HEREBY FURTHER CERTIFY that I have served the foregoing document to the following non-CM/ECF Registered Participants via first class U.S. Mail:

Timothy Lee Andresen
141 Las Lagos
Twin Falls ID 83301

        **HOLMES LAW OFFICE, P.A.**

        *Edwin B. Holmes*
        _____
        **EDWIN B. HOLMES,** Attorney for Vaughn Wipf